ADRMOP, CLOSED, E-Filing, RELATE, STAYED

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:05-cv-03028-MHP

| | |
|---|---|
| Trotter-Vogel Realty, Inc. v. Intel Corporation | Date Filed: 07/26/2005 |
| Assigned to: Hon. Marilyn H. Patel | Jury Demand: Plaintiff |
| Cause: 15:2 Antitrust Litigation | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Trotter-Vogel Realty, Inc.**
*individually, and on behalf of all those similarly situated*
*doing business as*
Prudential California Realty

represented by **Nancy L. Fineman**
Cotchett Pitre Simon & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010
650-697-6000
Email: nfineman@cpsmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Lee Simon**
Cotchett Pitre & Simon
840 Malcolm Road
Suite 200
Burlingame, CA 94010
650.697.6000
Fax: 650.692.3606
Email: bsimon@cpsmlaw.com
*ATTORNEY TO BE NOTICED*

**Joseph W. Cotchett**
Cotchett, Pitre, Simon & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010
650-697-6000
Email: plee@cpsmlaw.com
*ATTORNEY TO BE NOTICED*

**Kelly L Bulawsky**
Cotchett, Pitre, Simon & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010
650-697-6000
Fax: 650-697-0577
Email: kbulawsky@cpsmlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Intel Corporation** | represented by | **Christopher B. Hockett**<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>415-393-2000<br>Fax: 415-393-2286<br>Email: chris.hockett@bingham.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joy K. Fuyuno**<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>415-393-2000<br>Fax: 415-393-2286<br>Email: joy.fuyuno@bingham.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2005 | 1 | COMPLAINT (with jury demand) against Intel Corporation (Filing fee $250, receipt number 3374837). Filed byTrotter-Vogel Realty, Inc. (cjl, COURT STAFF) (Filed on 7/26/2005) Additional attachment(s) added on 7/28/2005 (gba, COURT STAFF). (Entered: 07/28/2005) |
| 07/26/2005 | 2 | Administrative Motion to Consider Whether Cases Should be Related filed by Trotter-Vogel Realty, Inc. (cjl, COURT STAFF) (Filed on 7/28/2005) (Entered: 07/28/2005) |
| 07/26/2005 | 3 | Declaration of Nancy L. Fineman in Support of [2] MOTION to Related Case filed byTrotter-Vogel Realty, Inc. (Related document(s)[2]) (cjl, COURT STAFF) (Filed on 7/26/2005) (Entered: 07/28/2005) |
| 07/26/2005 | | Proposed Order re [2] MOTION to Related Case by Trotter-Vogel Realty, Inc. (cjl, COURT STAFF) (Filed on 7/26/2005) (Entered: 07/28/2005) |
| 07/26/2005 | 4 | CERTIFICATE OF SERVICE by Trotter-Vogel Realty, Inc. re [2] MOTION to Related Case, [3] Declaration in Support, Proposed Order (cjl, COURT STAFF) (Filed on 7/26/2005) (Entered: 07/28/2005) |
| 07/26/2005 | 7 | Summons Issued as to Intel Corporation. (cjl, COURT STAFF) (Filed on 7/26/2005) Additional attachment(s) added on 7/28/2005 (gba, COURT STAFF). (Entered: 07/28/2005) |
| | | |

| | | |
|---|---|---|
| 07/26/2005 | 5 | ADR SCHEDULING ORDER: Case Management Statement due by 11/16/2005. Case Management Conference set for 11/23/2005 04:00 PM. (Attachments: # 1 Standing Order# 2 Joint Case Mangement)(cjl, COURT STAFF) (Filed on 7/26/2005) (Entered: 07/28/2005) |
| 07/26/2005 | | CASE DESIGNATED for Electronic Filing. (cjl, COURT STAFF) (Filed on 7/26/2005) (Entered: 07/28/2005) |
| 07/28/2005 | 6 | ORDER RELATING CASE to C 05-2669 MHP; Case reassigned to Judge Marilyn H. Patel for all further proceedings; Signed by Judge Marilyn Hall Patel on 727/2005. (awb, COURT-STAFF) (Filed on 7/28/2005) (Entered: 07/28/2005) |
| 07/28/2005 | 8 | NOTICE of Appearance by Joy K. Fuyuno (Fuyuno, Joy) (Filed on 7/28/2005) (Entered: 07/28/2005) |
| 07/29/2005 | 9 | Certificate of Interested Entities (Bulawsky, Kelly) (Filed on 7/29/2005) (Entered: 07/29/2005) |
| 08/03/2005 | 10 | CERTIFICATE OF SERVICE by Trotter-Vogel Realty, Inc. (Fineman, Nancy) (Filed on 8/3/2005) (Entered: 08/03/2005) |
| 08/12/2005 | 11 | CERTIFICATE OF SERVICE by Trotter-Vogel Realty, Inc. *on Intel Corporation* (Simon, Bruce) (Filed on 8/12/2005) (Entered: 08/12/2005) |
| 08/17/2005 | 12 | STIPULATION *AND [PROPOSED] ORDER TO EXTEND FILING DATE FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' COMPLAINT* by Intel Corporation. (Attachments: # 1 Signature Page (Declarations/Stipulations))(Hockett, Christopher) (Filed on 8/17/2005) (Entered: 08/17/2005) |
| 08/19/2005 | 13 | STIPULATION AND ORDER to extend filing date for defendant's response to complaint. Signed by Judge Marilyn Hall Patel on 8/19/05. (rbe, COURT STAFF) (Filed on 8/19/2005) (Entered: 08/19/2005) |
| 08/26/2005 | 14 | Statement of Facts *DEFENDANT INTEL CORPORATION'S FED. R. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS* filed byIntel Corporation. (Hockett, Christopher) (Filed on 8/26/2005) (Entered: 08/26/2005) |
| 10/31/2005 | 15 | STIPULATION *AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE PURSUANT TO 28 U.S.C. SECTION 1407* by Intel Corporation. (Fuyuno, Joy) (Filed on 10/31/2005) (Entered: 10/31/2005) |
| 11/08/2005 | 16 | STIPULATION AND ORDER STAYING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 11/7/2005. (awb, COURT-STAFF) (Filed on 11/8/2005) (Entered: 11/08/2005) |
| 11/17/2005 | 17 | Letter from Joy K. Fuyuno re MDL Transfer Order of November 8, 2005. (Attachments: # 1 MDL Transfer Order)(Fuyuno, Joy) (Filed on 11/17/2005) (Entered: 11/17/2005) |
| | | |

| 01/05/2006 | 18 | ORDER STATISTICALLY DISMISSING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 1/5/2006. (awb, COURT-STAFF) (Filed on 1/5/2006) (Entered: 01/05/2006) |
| --- | --- | --- |
| 01/10/2006 | 19 | ORDER of Transfer by the Judicial Panel on Multidistrict Litigation to transfer case to USDC for the District of Delaware (In Re Intel Corporation, Inc., Antitrust Litigation - MDL - 1717). (gba, COURT STAFF) (Filed on 1/10/2006) (Entered: 01/11/2006) |
| 01/11/2006 | 20 | Certified copy of transfer order, docket sheet along with the original case file sent to USDC for the District of Delaware (MDL - 1717). (gba, COURT STAFF) (Filed on 1/11/2006) (Entered: 01/11/2006) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 01/17/2006 07:50:48 | | | |
| **PACER Login:** | ud0037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:05-cv-03028-MHP |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |