Documents 2,3,4 to be provided at a later time