# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

TROTTER-VOGEL REALTY, INC. dba
PRUDENTIAL CALIFORNIA REALTY, individually
and on behalf of all those similarly
situated,
              Plaintiff,
   V.

INTEL CORPORATION,
              Defendant.

**SUMMONS IN A CIVIL CASE** WDB

CASE NUMBER:

C 05 3028

TO: (Name and address of defendant)

*see above defendants*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph W. Cotchett
Bruce L. Simon
Nancy L. Fineman
Kelly L. Bulawsky
COTCHETT, PITRE, SIMON & McCARTHY
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

ANNA SPRINKLES

_____
(BY) DEPUTY CLERK

JUL 2 6 2005

DATE _____

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                          Date                                                  *Signature of Server*

                                                                            _____
                                                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure