JOSEPH W. COTCHETT (#36324)
BRUCE L. SIMON (#96241)
NANCY L. FINEMAN (#124870)
KELLY L. BULAWSKY (#234025)
**COTCHETT, PITRE, SIMON & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000

*Attorneys for Plaintiff Trotter-Vogel Realty,
Inc. dba Prudential California Realty*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TROTTER-VOGEL REALTY, INC. dba PRUDENTIAL CALIFORNIA REALTY**, individually, and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**INTEL CORPORATION**,<br><br>Defendant. | CASE NO. C 05 3028 (MHP)<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

---

**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
*PRUDENTIAL CALIFORNIA REALTY v. INTEL CORPORATION;* **Case No. C 05 3028**

Pursuant to Civil L.R. 3-16, the undersigned certifies that of this date, other than named parties, there is not such interest to report.

Dated: July 29, 2005  **COTCHETT, PITRE, SIMON & McCARTHY**

By: _/s/ Nancy L. Fineman_
NANCY L. FINEMAN
*Attorneys for Plaintiff and the Class*