JOSEPH W. COTCHETT (#36324)
BRUCE L. SIMON (#96241)
NANCY L. FINEMAN (#124870)
KELLY L. BULAWSKY (#234025)
**COTCHETT, PITRE, SIMON & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000

*Attorneys for Plaintiff Trotter-Vogel Realty, Inc. dba Prudential California Realty*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROTTER-VOGEL REALTY, INC. dba PRUDENTIAL CALIFORNIA REALTY, individually, and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | CASE NO. C 05 3028 (MHP)<br><br>**PROOF OF SERVICE PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

---

**PROOF OF SERVICE PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
*PRUDENTIAL CALIFORNIA REALTY v. INTEL CORPORATION*; Case No. C 05 3028

I am employed in the County of San Mateo which is where service of the document(s) referred to below occurred. I am over the age of eighteen years (18) and not a party to the within action. My business address is Cotchett, Pitre, Simon & McCarthy, San Francisco Airport Office Center, 840 Malcolm Road, Suite 200, Burlingame, California 94010; I am readily familiar with Cotchett, Pitre, Simon & McCarthy's practices for the service of documents. On this date, I served a true copy of the following document(s) in the manner listed below.

**PROOF OF SERVICE PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

XXX **BY MAIL:** I am readily familiar with Cotchett, Pitre, Simon & McCarthy's practice for collection and processing of documents for mailing. Following that practice, I deposited the sealed envelope containing the aforementioned document(s) in the mail at my business address, addressed as specified below. Postage thereon was fully prepaid. The envelope was deposited with the United States Postal Service on that same day in the ordinary course of business.

    **CT Corporation System**
    **818 W. 7th Street**
    **Los Angeles, CA 90017**

___ **BY HAND DELIVERY:** I am readily familiar with Cotchett, Pitre, Simon & McCarthy's practice for causing documents to be served by personal delivery. Following that practice, I personally served upon the following person(s) on the date set forth below, by delivering a true copy thereof to the addressee(s) designated.

___ **BY OVERNIGHT COURIER SERVICE:** I am readily familiar with Cotchett, Pitre, Simon & McCarthy's practice for causing documents to be served by overnight courier. Following that practice, I caused the sealed envelope containing the aforementioned document(s) to be delivered via overnight courier service to the addressee specified below:

___ **BY FACSIMILE:** I am readily familiar with Cotchett, Pitre, Simon & McCarthy's practice for causing documents to be served by facsimile. Following that practice, I caused the document(s) to be transmitted to the telephone number(s) of the addressee(s) specified below:

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed at Burlingame, California, on August 3, 2005.

    _/s/ Tricia Dresel_
    TRICIA DRESEL

---

**PROOF OF SERVICE PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
*PRUDENTIAL CALIFORNIA REALTY v. INTEL CORPORATION*; Case No. C 05 3028      i