JOSEPH W. COTCHETT (#36324)
BRUCE L. SIMON (#96241)
NANCY L. FINEMAN (#124870)
KELLY L. BULAWSKY (#234025)
**COTCHETT, PITRE, SIMON & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000

*Attorneys for Plaintiff Trotter-Vogel Realty,
Inc. dba Prudential California Realty*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHER DISTRICT OF CALIFORNIA

**TROTTER-VOGEL REALTY, INC. dba PRUDENTIAL CALIFORNIA REALTY,** individually, and on behalf of all those similarly situated,

    Plaintiff,

v.

**INTEL CORPORATION,**

    Defendant.

CASE NO. C 05 3028 (MHP)

**ORIGINAL PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON INTEL CORPORATION**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | FOR COURT USE ONLY |
|---|---|
| COTCHETT, PITRE, SIMON & MCCARTHY<br>840 MALCOLM RD. STE. 200<br>BURLINGAME, CA  94010<br>(650) 697-6000<br>ATTORNEY FOR (Name): | |

UNITED STATES DISTRICT COURT NORTHERN DIST. SAN FRANCISCO
NORTHERN DIST. SAN FRANCISCO
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102-3483

PLAINTIFF/PETITIONER:
TROTTER-VOGEL REALTY

DEFENDANT/RESPONDENT:
INTEL CORPORATION

CASE NO:
C053028WDB

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No:

Hearing date:          Time:          Dept./Div.:

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SEE ATTACHED LIST

3. a. Party served:     INTEL CORPORATION
   b. Person served:    GEROME JONES
                        REGISTERED AGENT FOR SERVICE OF PROCESS

4. Address where the party was served:
   818 W. 7TH STREET
   LOS ANGELES, CA. 90017

5. Manner of service in compliance with Federal Rules of Civil Procedure
   a. by personally delivering the copies on 07/28/05 at 2:40 PM
      (1) at business

6. Person who served papers
   a. PAUL NAGLE
   b. JANNEY & JANNEY ATTORNEY SVCS.
      1313 W. 8TH STREET SUITE 310
      LOS ANGELES, CA 90017
   c. (213) 628-6338

   d. The fee for service was $ 60.00
   e. I am: (3) Registered California
            process server
      (i)   (Employee)
      (ii)  Registration No.: # 140
      (iii) County: LOS ANGELES

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.



**Janney & Janney**
attorney service, inc.

1313 W. 8TH STREET SUITE 310
LOS ANGELES, CA 90017
**(213) 628-6338**
www.janneyandjanney.com

Judicial Council Form POS-010 Rule 982.9.(a)&(b) Rev July 1, 2004

Page 1 of 2

**PROOF OF SERVICE OF SUMMONS**

SUMMONS IN A CIVIL CASE

COMPLAINT

CIVIL COVER SHEET

NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

ALTERNATIVE DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE

ECF REGISTRATION INFORMATION HANDOUT

| | |
|---|---|
| PLAINTIFF/PETITIONER:<br>TROTTER-VOGEL REALTY<br>DEFENDANT/RESPONDENT:<br>INTEL CORPORATION | CASE NO:<br>C053028WDB |

Date: 08/01/05
Judicial Council Form, Rule 982(a)(23)   signature: _____
  1171695     psv1

**Janney & Janney**
attorney service, inc.

1313 W. 8TH STREET SUITE 310
LOS ANGELES, CA 90017
**(213) 628-6338**
www.janneyandjanney.com

Judical Council Form POS-010 Rule 982.9.(a)&(b) Rev July 1, 2004

Page 2 of 2

**PROOF OF SERVICE OF SUMMONS**