| | |
|---|---|
| 1 | Bingham McCutchen LLP<br>DAVID M. BALABANIAN (CA 37368) |
| 2 | CHRISTOPHER B. HOCKETT (CA 121539)<br>JOY K. FUYUNO (CA 193890) |
| 3 | Three Embarcadero Center<br>San Francisco, CA 94111-4067 |
| 4 | Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286 |
| 5 | |
| 6 | Bingham McCutchen LLP<br>RICHARD A. RIPLEY (DC 412959) |
| 7 | 1120 20th Street N.W., Suite 800<br>Washington, DC 20036 |
| 8 | Telephone: (202) 778-6150<br>Facsimile: (202) 778-6155 |
| 9 | Attorneys for Defendant<br>Intel Corporation |
| 10 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 14 | TROTTER-VOGEL REALTY, INC. dba PRUDENTIAL CALIFORNIA REALTY, | No. C-05-3028-WDB |
| 15 | individually, and on behalf of all those similarly situated | STIPULATION AND [PROPOSED] ORDER TO EXTEND FILING DATE |
| 16 | Plaintiff, | FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' COMPLAINT |
| 17 | v. | |
| 18 | INTEL CORPORATION, | |
| 19 | Defendant. | |

IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR

COUNSEL AS FOLLOWS:

Pursuant to Civil Local Rule 6-2, Defendant Intel Corporation and Plaintiff

Trotter-Vogel Realty, Inc., dba Prudential California Realty hereby stipulate that Intel

Corporation's response to Plaintiff's complaint shall be due either 60 days after transfer of the

above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21631436.1

1  per 28 U.S.C. Section 1407 or, in the alternative, 45 days after any such motion has been denied.

2  The parties request this extension of time to answer or otherwise respond because the plaintiffs

3  in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D. Cal., filed July 5, 2005), a related

4  matter, have filed a petition to coordinate or consolidate pre-trial proceedings per 28 U.S.C.

5  Section 1407, and the above-styled action has been identified as a related action to that petition.

6  As a result the outcome of the pending petition will impact significantly the schedule of this

7  case.

8  This is the first stipulation between the parties.  Because this litigation has just

9  begun, granting such a stipulation will not have any negative impact on the schedule of this case.

10 IT IS HEREBY STIPULATED.
   DATED:  August 12, 2005
11

12                                          Bingham McCutchen LLP

13

14

15                                          By:_____*/s/ Joy K. Fuyuno*_____
                                                     JOY K. FUYUNO
16                                                Attorneys for Defendant
                                                     Intel Corporation

17 DATED:  August ___, 2005

18

19                                          Cotchett, Pitre, Simon & McCarthy

20

21                                          By:_____
                                                     NANCY L. FINEMAN
22                                                Attorneys for Plaintiff
                                          Trotter-Vogel Realty, dba Prudential California
23                                                        Realty

24

25

26

1

2 **[PROPOSED] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE**

3       IT IS HEREBY ORDERED that Defendant Intel Corporation's response to

4 Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case

5 pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section

6 1407, or, in the alternative, 45 days after any such motion has been denied.

7 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8 Dated: _____, 2005

9

10                                                                                            _____
Honorable Wayne D. Brazil
United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21631436.1