1  per 28 U.S.C. Section 1407 or, in the alternative, 45 days after any such motion has been denied.

2  The parties request this extension of time to answer or otherwise respond because the plaintiffs

3  in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D. Cal., filed July 5, 2005), a related

4  matter, have filed a petition to coordinate or consolidate pre-trial proceedings per 28 U.S.C.

5  Section 1407, and the above-styled action has been identified as a related action to that petition.

6  As a result the outcome of the pending petition will impact significantly the schedule of this

7  case.

8        This is the first stipulation between the parties. Because this litigation has just

9  begun, granting such a stipulation will not have any negative impact on the schedule of this case.

10  IT IS HEREBY STIPULATED.
    DATED: August 12, 2005
11

12                              Bingham McCutchen LLP

13

14

15                    By:      */s/ Joy K. Fuyuno*
                                   JOY K. FUYUNO
                                Attorneys for Defendant
16                               Intel Corporation

17  DATED: August 16, 2005

18

19                           Cotchett, Pitre, Simon & McCarthy

20

21                    By:
                                 NANCY A. FINEMAN
22                              Attorneys for Plaintiff
                         Trotter-Vogel Realty, dba Prudential California
23                                 Realty

24

25

26

---

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21631436.1