```
 1  BINGHAM McCUTCHEN LLP
    DAVID M. BALABANIAN (SBN 37368)
 2  CHRISTOPHER B. HOCKETT (SBN 121539)
    JOY K. FUYUNO (SBN 193890)
 3  Three Embarcadero Center
    San Francisco, California  94111-4067
 4  Telephone:  (415) 393-2000

 5  Attorneys for Defendant
    Intel Corporation
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                 NORTHERN DISTRICT OF CALIFORNIA
10                      SAN FRANCISCO DIVISION
11
```

| | |
|---|---|
| TROTTER-VOGEL REALTY, INC., d/b/a PRUDENTIAL CALIFORNIA REALTY, individually and on behalf of all those similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>INTEL CORPORATION,<br><br>            Defendant. | No. 05-3028<br><br>DEFENDANT INTEL CORPORATION'S FED. R. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS |

SF/21633124.1

DEFENDANT'S FED. RULE CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS

1       Pursuant to Rule 7.1, Federal Rules of Civil Procedure, the undersigned certifies that there is no parent company and no publicly held entity that owns 10% or more of Intel.

3       Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: August 26, 2005

                        BINGHAM McCUTCHEN LLP

                        By: /s/ *Joy K. Fuyuno*
                                Joy K. Fuyuno
                                Attorneys for Defendant
                                Intel Corporation