FILED

NOV - 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BINGHAM McCUTCHEN LLP
DAVID M. BALABANIAN (SBN 37368)
CHRISTOPHER B. HOCKETT (SBN 121539)
JOY K. FUYUNO (SBN 193890)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Defendant
Intel Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TROTTER-VOGEL REALTY, INC., d/b/a Prudential California Realty, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>INTEL CORPORATION, a Delaware corporation,<br><br>Defendant. | No. C-05-3028-MHP<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE PURSUANT TO 28 U.S.C. § 1407 |

WHEREAS, on July 26, 2005, Plaintiff filed the instant action in the Northern District of California ("Trotter-Vogel Action");

WHEREAS, on or about July 11, 2005, the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N. D. Cal., filed July 5, 2005), a related matter, moved before the Judicial Panel on Multi-District Litigation ("MDL"), to transfer and coordinate or consolidate for pre-trial proceedings pursuant to 28 U.S.C. § 407 ("MDL Motion"), and the Trotter-Vogel Action has been identified as a related action subject to that motion;

SF/21642110.1

Case No. C 05-3028 (MHP)

1         WHEREAS, on or about July 27, 2005, Judge Patel issued a Related Case Order
2 relating this case to an earlier filed case assigned to her, and canceling or staying certain but not
3 all dates, events and deadlines in the action;
4         WHEREAS, to date, a decision has not been rendered on the MDL Motion;
5         WHEREAS, the outcome of the MDL Motion will impact significantly the
6 schedule of this case;
7         THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2,
8 by and among counsel for Plaintiff Trotter-Vogel, and counsel for Defendant Intel Corporation,
9 that any events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure,
10 including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal
11 Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order
12 applicable to this case should be stayed pending the outcome of the aforementioned MDL
13 Motion; and
14         IT IS FURTHER STIPULATED by the aforementioned parties that if a case
15 management conference is rescheduled by the Court, the parties shall adjust the dates for any
16 conference, disclosures or reports required by the Local Rules or Federal Rules of Civil
17 Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26
18 accordingly.
19         IT IS HEREBY STIPULATED.
20 Dated: October 31, 2005         COTCHETT, PITRE, SIMON &
21                                                                MCCARTHY
22                                                                By:     /s/ Bruce Simon
23                                                                          Bruce Simon
                                                                         Attorneys for Plaintiff
24                                                                          Trotter-Vogel Realty, Inc.
25
26

SF/21642110.1                                           2                                           Case No. C 05-3028 (MHP)
STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

1  Dated: October 31, 2005           BINGHAM McCUTCHEN LLP
2
3                                    By:       /s/ Joy K. Fuyuno
                                            Joy K. Fuyuno
4                                        Attorneys for Defendant
                                           Intel Corporation
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MDL MOTION

Any events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order applicable to this case are hereby stayed pending the outcome of the motion to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion").

Upon the determination of the MDL Motion, if it is necessary for the Court to reschedule a case management conference, the parties shall adjust the dates for any conference, disclosures or reports required by the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26 accordingly.

The parties shall notify the Clerk of Court within 10 days of the decision on the MDL Motion.

IT IS SO ORDERED.

Dated: 11/7/05

Honorable Marilyn H. Patel
United States District Court Judge

SF/21642110.1

Case No. C 05-3028 (MHP)

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES