| | |
|---|---|
| 1 | Bingham McCutchen LLP<br>DAVID M. BALABANIAN (CA 37368) |
| 2 | CHRISTOPHER B. HOCKETT (CA 121539)<br>JOY K. FUYUNO (CA 193890) |
| 3 | Three Embarcadero Center<br>San Francisco, CA 94111-4067 |
| 4 | Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286 |
| 5 | |
| 6 | Bingham McCutchen LLP<br>RICHARD A. RIPLEY (DC 412959) |
| 7 | 1120 20th Street N.W., Suite 800<br>Washington, DC 20036 |
| 8 | Telephone: (202) 778-6150<br>Facsimile: (202) 778-6155 |
| 9 | Attorneys for Defendant<br>Intel Corporation |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROTTER-VOGEL REALTY, INC. dba PRUDENTIAL CALIFORNIA REALTY, individually, and on behalf of all those similarly situated<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | No. C-05-3028-MHP<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND FILING DATE FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' COMPLAINT |

IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR COUNSEL AS FOLLOWS:

Pursuant to Civil Local Rule 6-2, Defendant Intel Corporation and Plaintiff Trotter-Vogel Realty, Inc., dba Prudential California Realty hereby stipulate that Intel Corporation's response to Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21631436.1

1. per 28 U.S.C. Section 1407 or, in the alternative, 45 days after any such motion has been denied.
2. The parties request this extension of time to answer or otherwise respond because the plaintiffs
3. in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D. Cal., filed July 5, 2005), a related
4. matter, have filed a petition to coordinate or consolidate pre-trial proceedings per 28 U.S.C.
5. Section 1407, and the above-styled action has been identified as a related action to that petition.
6. As a result the outcome of the pending petition will impact significantly the schedule of this
7. case.
8.       This is the first stipulation between the parties. Because this litigation has just
9. begun, granting such a stipulation will not have any negative impact on the schedule of this case.
10. IT IS HEREBY STIPULATED.
    DATED: August 12, 2005
11. 
12.       Bingham McCutchen LLP
13. 
14. 
15.       By:    */s/ Joy K. Fuyuno*
          JOY K. FUYUNO
16.       Attorneys for Defendant
          Intel Corporation
17. DATED: August ___, 2005
18. 
19.       Cotchett, Pitre, Simon & McCarthy
20. 
21.       By:
22.       NANCY L. FINEMAN
          Attorneys for Plaintiff
23.       Trotter-Vogel Realty, dba Prudential California Realty
24. 
25. 
26.

**[~~PROPOSED~~] ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE**

IT IS HEREBY ORDERED that Defendant Intel Corporation's response to Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407, or, in the alternative, 45 days after any such motion has been denied.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___August 19___, 2005

_____
Honorable Marilyn H. Patel
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel]*