OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo                                                                                          LOCKBOX 18
   **CLERK**                                                                              844 NORTH KING STREET
                                                                                         BOGGS FEDERAL BUILDING
                                                                                 WILMINGTON, DELAWARE 19801
                                                                                            (302) 573-6170

January 17, 2006

TO:     Counsel of Record (See attached)

RE:     <u>IN RE INTEL CORPORATION, MDL 05-1717 JJF</u>

Dear Counsel:

      This is to advise you that a certified copy of the Conditional Multi-District Transfer Order was docketed in this court on 12/6/05.

      The following action has been transferred to the District of Delaware:

<u>Trotter-Vogel Realty v. Intel Corp.</u>, C.A. No. 05-3028
USDC Delaware's civil action number 05-904 JJF

      The name and address of the Judge to whom this case has been assigned in this court is:

      The Honorable Joseph J. Farnan, Jr.
      United States Judge
      District of Delaware
      844 N. King St., Lockbox 27
      Wilmington, DE 19801

      Attorneys of record in Multi-District Litigation (MDL) cases, who are <u>not</u> members of the bar of this Court, will register for ECF on a case-by-case basis.  Enclosed with this letter is a Registration Form.  An original signed registration form should be submitted to the Clerk's Office to request an ECF account.  After verification, a user ID and password will be provided.  Registration will be valid for electronic filing and noticing in this case only.

      Additionally, a copy of the District of Delaware's Local Rules is available on our website at: <u>www.ded.uscourts.gov.</u>

      Any questions concerning the case management of this case should be directed to:

Deborah Krett
Case Manager to Judge Joseph J. Farnan, Jr.
(302) 573-6168

Thank you.

                                            Sincerely,
                                            PETER T. DALLEO, CLERK


                                            __/s/_____
                                            Monica Mosley
                                            Deputy Clerk

cc:    Honorable Joseph J. Farnan, Jr.
        Counsel on Attached Mailing List for 05-904 JJF