**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 11, 2006

United States District Court
for the District of Delaware
Lockbox 18
844 North King Street
Boggs Federal Building
Wilmington, Delaware 19801



RE:   **In Re Intel Corporation, Inc., Antitrust Litigation - MDL - 1717**

| CV 05-2830 MHP | 05-894 JJF (D/DE) |
| CV 05-2831 MHP | 05-895 JJF (D/DE) |
| CV 05-2834 MHP | 05-896 JJF (D/DE) |
| CV 05-2858 MHP | 05-897 JJF (D/DE) |
| CV 05-2859 MHP | 05-898 JJF (D/DE) |
| CV 05-2882 MHP | 05-899 JJF (D/DE) |
| CV 05-2897 MHP | 05-900 JJF (D/DE) |
| CV 05-2898 MHP | 05-901 JJF (D/DE) |
| CV 05-2916 MHP | 05-902 JJF (D/DE) |
| CV 05-2957 MHP | 05-903 JJF (D/DE) |
| CV 05-3028 MHP | 05-904 JJF (D/DE) |
| CV 05-3094 MHP | 05-905 JJF (D/DE) |
| CV 05-3197 MHP | 05-906 JJF (D/DE) |
| CV 05-3271 MHP | 05-907 JJF (D/DE) |
| CV 05-3272 MHP | 05-908 JJF (D/DE) |
| CV 05-3273 MHP | 05-909 JJF (D/DE) |
| CV 05-3277 MHP | 05-910 JJF (D/DE) |

Dear Clerk,

Pursuant to an order transferring the above captioned cases to your court, transmitted herewith are:

(✔)   Certified copy of docket entries

(✔)   Certified copy of TRANSFERRAL ORDER

(✔)   Original case file documents

(✔)   Please be advised that the above entitled action was previously designated to the Electronic Case Filing program. You can access electronically filed documents through PACER referencing the Northern District of California case number at https://ecf.cand.uscourts.gov

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Gina Agustine*

by: Gina Agustine-Rivas
Case Systems Administrator

Enclosures
Copies to counsel of record